UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22009
  KRISTIN PALETTA
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-8288

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/21/07 and confirmed on 03/13/08.

     2.  The case was converted to Chapter 7 after confirmation, 03/04/2009.

     3.  The Debtor paid a total of $   1650.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
AURORA LOAN SERVICES     CURRENT MORTG        .00          .00          .00
AURORA LOAN SERVICES     MORTGAGE ARRE    3118.05          .00          .00
AURORA LOAN SERVICES     SECURED              .00          .00          .00
AURORA LOAN SERVICES     MORTGAGE ARRE    1200.66          .00          .00
AMERICAN AIRLINES CU     SECURED              .00          .00          .00
AMERICAN AIRLINES CU     UNSECURED            .00          .00          .00
AMERICAN GENERAL FINANCE UNSECURED        2591.91          .00          .00
ECAST SETTLEMENT CORPORA UNSECURED       12785.09          .00          .00
CAPITAL ONE BANK         UNSECURED         344.67          .00          .00
CITIFINANCIAL            UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA UNSECURED         620.87          .00          .00
CHASE BANK USA           UNSECURED         985.77          .00          .00
NORDSTROM FSB            UNSECURED        1088.01          .00          .00
PROSPER MARKETPLACE INC  UNSECURED       12933.76          .00          .00
SHORT TERMS LOANS        UNSECURED        1859.25          .00          .00
VON MAUR                 UNSECURED         595.94          .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED        2825.72          .00          .00
WELLS FARGO FINANCIAL IN UNSECURED        1042.11          .00          .00
          Summary of disbursements:

--------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED      OTHER       TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4318.71          .00    37673.10        .00    41991.81
PRINCIPAL PAID           .00         .00         .00        .00         .00
INTEREST PAID            .00         .00         .00        .00         .00
TOTAL PAID               .00         .00         .00        .00         .00
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3500.00
and was paid $    200.00  direct and $   1555.80  through the plan.

The Trustee received $     94.20 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/17/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE









                              PAGE   2
        CASE NO. 07 B 22009 KRISTIN PALETTA